NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CARLTON GARY, DOC #234831,          )
                                    )
            Appellant,              )
                                    )
v.                                  )          Case No. 2D18-3721
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____)

Opinion filed June 5, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

Carlton Gary, pro se.

PER CURIAM.

            Affirmed.


LaROSE, C.J., and LUCAS and SALARIO, JJ., Concur.